United States District Court
Northern District of California

UNITED STATES OF AMERICA,

              Plaintiff,

       v.

ANGELIQUE MARSHALL,

           Defendant.

Case No.: CR 12-00120-PJH (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On December 13, 2010, Defendant Angelique Marshall was pled guilty to one violation of 18 U.S.C. § 286 (conspiracy to defraud the United States).  She was sentenced to, among other things, 36 months of supervised release, a special assessment of $100, restitution of $42,200, no access to financial information, drug and mental health treatment, and random urinalysis testing.

Defendant has two prior Forms 12.  The Amended Form 12 presently before the Court contains 11 charges and alleges that Defendant violated the following conditions of her supervised release: that she not commit another federal, state or local crime[1]; that she answer truthfully all inquiries by the probation officer and follow instructions of the probation officer; that she shall pay all or part of the cost of participation in the electronic monitoring program; that she shall pay restitution at no less than $10.00 per month; and that she not leave the judicial district without permission of the court or probation officer[2]. Defendant is currently in custody on pending state charges.

---

[1] Charge numbers 1, 2, 6, 8, 10 and 11 allege that Defendant committed another federal, state or local crime.
[2] Charge numbers 7 and 9 allege that Defendant left the Northern District of California without permission.

United States District Court
Northern District of California

1    At the January 6, 2014 hearing before this Court, following proffers from the government,

2    Defendant, who was in custody and represented by Edward Smock, submitted on the issue of

3    detention and did not proffer information at the detention hearing. Assistant United States

4    Attorney Wade Rhyne appeared on behalf of the United States.  Probation officer Emily Libby

5    was also present.

6    The Court hereby detains Defendant, but because she has essentially waived her right to

7    present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant

8    information at a later hearing, the Court orders that the hearing may be reopened at Defendant's

9    request at any future time.

10    Defendant shall remain committed to the custody of the Attorney General for confinement

11    in a corrections facility separate, to the extent practicable, from persons awaiting or serving

12    sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

13    opportunity for private consultation with counsel.  On order of a court of the United States or on

14    request of an attorney for the Government, the person in charge of the corrections facility in

15    which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of

16    an appearance in connection with a court proceeding.

17    IT IS SO ORDERED.

18    Dated: January 7, 2014

19

20    _____
      KANDIS A. WESTMORE
      United States Magistrate Judge

21

22

23

24

25

26

27

28